# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **PAMELA JOWERS,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:17-cv-01587-ACA |
| **ELLEN D. ANDERSON,** | } |
| **Defendant.** | } |

## ORDER OF DISMISSAL

The court, having been informed that a settlement has been reached, **DISMISSES** this case **WITHOUT PREJUDICE** to reinstatement if any party represents to the court on or before September 25, 2018, that they could not complete final settlement documentation.

The parties are **DIRECTED** to submit a joint stipulation of dismissal once all settlement documentation is complete, but not later than **60 days** from the entry date of this order, at which time the court will dismiss this matter with prejudice.

**DONE** and **ORDERED** this July 25, 2018.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE